1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
Aug 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO.     1:22-cr-00228 JLT-SKO
12 |                  Plaintiff,           | 18 U.S.C. § 2261(a)(1) – Domestic Violence Within
13 |           v.                          | the Special Maritime and Territorial Jurisdiction of
                                            the United States
14 | STEFAN NIELS WEISTE KIRKEBY,
15 |                  Defendant.

16

17

18

19                      I N D I C T M E N T

20 COUNT ONE: [18 U.S.C. § 2261(a)(1) – Domestic Violence Within the Special Maritime and
              Territorial Jurisdiction of the United States]
21

22         The Grand Jury charges: T H A T

23                 STEFAN NIELS WEISTE KIRKEBY,

24 defendant herein, on or about August 4, 2022, in the Eastern District of California, defendant STEFAN

25 KIRKEBY, while present in the special maritime and territorial jurisdiction of the United States, with

26 the intent to injure, harass, and intimidate Y.Z., his wife and intimate partner, committed and attempted

27 ///

28 ///

to commit a crime of violence against Y.Z., specifically by striking and wounding Y.Z., in violation of 18 U.S.C. § 113(a)(4).

All in violation of Title 18, United States Code, Section 2261(a)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant U. S. Attorney
Chief, Fresno Office