ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) CASE NO.:  1:22-CR-00228-JLT-SKO |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCE DATE OF JUNE 26, 2023,** |
| | ) **AND ORDER** |
| STEFAN KIRKEBY, | ) |
| Defendant. | ) |
| _____ | ) |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

        Defendant, Stefan Kirkeby by and through his Attorney, Anthony P. Capozzi and on

behalf of the United States, Laurel Montoya Stipulate to continue the sentencing date of June 26,

2023 to September 5, 2023.


Dated: May 11, 2023,            By:    */s/ Anthony P. Capozzi*_____
                                              ANTHONY P. CAPOZZI, Attorney for
                                              STEFAN KIRKEBY


Dated: May 11, 2023,            By:    */s/ Laurel Montoya*_____
                                              LAUREL MONTOYA,
                                              Assistant United States Attorney

## <u>ORDER</u>

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of June 26, 2023, be continued to September 5, 2023.


IT IS SO ORDERED.

Dated:   **May 12, 2023**

UNITED STATES DISTRICT JUDGE

UNITED STATES V. STEFAN KIRKEBY, CASE NO.: 1-22-CR-00228-JLT-SKO
Stipulation to Continue Sentence Date