ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.:  1:22-CR-00228-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | STIPULATION TO REMOVE |
| | ) | LOCATION MONITORING SERVICES |
| STEFAN KIRKEBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated between the United States by through the Assistant United States Attorney, Laurel Montoya and the Defendant, Stefan Kirkeby, by and through his Attorney, Anthony P. Capozzi that paragraph 7(j) the location monitoring system unit and GPS transmitter device be deleted from the defendant's pretrial conditions while the defendant's wife is outside of the United States.

Mr. Kirkeby's pretrial officer, Lorena Gallagher, has no objection to the modification.

Dated: October 18, 2023,	By:/s/ Anthony P. Capozzi
	ANTHONY P. CAPOZZI, Attorney for
	STEFAN KIRKEBY


Dated: October 18, 2023,	By:/s/ Laurel Montoya
	LAUREL MONTOYA,
	Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the location monitoring system unit and GPS transmitter device be deleted from defendant's pretrial conditions while the defendant's wife is outside of the United States. The location monitoring device condition shall be reinstated when defendant's wife returns to the United States.

**IT IS SO ORDERED.**

Dated: 10/19/2023 ,   _____
UNITED STATES MAGISTRATE JUDGE