ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:22-CR-00228-JLT-SKO |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **SENTENCE DATE OF** |
| ) | **DECEMBER 11, 2023.** |
| STEFAN KIRKEBY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Stefan Kirkeby by and through his Attorney, Anthony P. Capozzi and the United States, by and through the Assistant United States Attorney, Laurel Montoya, stipulate to continue the sentencing date of December 11, 2023, to January 29, 2024, to allow the defendant the opportunity to file a motion to withdraw the plea.

Dated: November 14, 2023,        By:*/s/ Anthony P. Capozzi*_____
                                                              ANTHONY P. CAPOZZI, Attorney for
                                                              STEFAN KIRKEBY


Dated: November 14, 2023,        By:*/s/ Laurel Montoya*_____
                                                              LAUREL MONTOYA,
                                                              Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of December 11, 2023, be continued to January 29, 2024.

IT IS SO ORDERED.

Dated:   **November 15, 2023**

_____
UNITED STATES DISTRICT JUDGE