ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:22-CR-00228-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCE DATE OF JANUARY 29, 2024** |
| STEFAN KIRKEBY, | |
| Defendant. | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Stefan Kirkeby by and through his Attorney, Anthony P. Capozzi and the United States, by and through the Assistant United States Attorney, Laurel Montoya, stipulate to continue the sentencing date of January 29, 2024, to April 22, 2024, at 9:00 am, pending the Motion to Withdraw the Plea.

Dated: January 5, 2024,          By:*/s/ Anthony P. Capozzi*_____
                                 ANTHONY P. CAPOZZI, Attorney for
                                 STEFAN KIRKEBY

Dated: January 5, 2024,          By:*/s/ Laurel Montoya*_____
                                 LAUREL MONTOYA,
                                 Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of

IT IS SO ORDERED.

Dated:   **January 8, 2024**

_____
UNITED STATES DISTRICT JUDGE