PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
 (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEFAN W. KIRKEBY,<br><br>　　　　　　　　Defendant. | CASE NO.  1:22-CR-00228-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTION HEARING; ORDER<br><br>DATE: January 29, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing of defendant's motion on January 29, 2024.

2. By this stipulation, defendant and government now move to continue the motion hearing until March 4, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The defendant has entered a plea in this matter and has filed a motion seeking to withdraw his plea.  Defendant is pending sentencing.

　　b) Counsel for government recently filed a motion for an order for the limited waiver of the attorney client privilege.  Counsel thought the motion was filed more than 2 weeks earlier

1

but checked the docket and realized it was not filed in error. The motion is still pending. Counsel for government needs additional time to review the record and consult with defendant's former attorney in order to formulate a response to the defendant's motion to withdraw his guilty plea. Defendant's former attorney requested that an order be obtained so he could discuss the matter with the government.

   c) Counsel for defendant does not object to the requested continuance of the motion in this matter.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: January 22, 2024        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney

Dated: January 22, 2024        /s/ ANTHONY P. CAPOZZI
                  ANTHONY P. CAPOZZI
                  Counsel for Defendant
                  STEFAN W. KIRKEBY

### FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the motion hearing set for January 29, 2024 is continued to March 4, 2024.

DATED: January 24, 2024                  
                  THE HONORABLE JENNIFER L. THURSTON
                  UNITED STATES DISTRICT JUDGE