ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFAN KIRKEBY, ) <br> ) <br> Defendant. ) <br> _____) | **CASE NO.: 1:22-CR-00228-JLT-SKO** <br><br> **STIPULATION TO CONTINUE MOTION DATE OF MARCH 4, 2024, AND VACATE SENTENCING DATE OF APRIL 22, 2024, AND ORDER** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Stefan Kirkeby, by and through his Attorney, Anthony P. Capozzi and the United States, by and through Assistant United States Attorney, Laurel Montoya, stipulate to continue the motion date to withdraw the plea of March 4, 2024, to June 3, 2024, and vacate the sentencing date of April 22, 2024.

Dated: March 1, 2024,                          By: _/s/ Anthony P. Capozzi_____
                                                                ANTHONY P. CAPOZZI, Attorney for
                                                                STEFAN KIRKEBY

Dated: March 1, 2024,                          By: _/s/ Laurel Montoya_____
                                                                LAUREL MONTOYA, ASSISTANT
                                                                UNITED STATES ATTORNEY

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered the motion date of March 4, 2024, be continued to June 3, 2024, and the sentencing date of April 22, 2024, be vacated.

IT IS SO ORDERED.

Dated: **March 3, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE