PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
 (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STEFAN W. KIRKEBY,<br><br>                              Defendant. | CASE NO.  1:22-CR-00228-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTION HEARING; ORDER<br><br>DATE: June 3, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for hearing of defendant's motion on June 3, 2024.

2.      By this stipulation, defendant and government now move to continue the motion hearing until August 12, 2024.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant has entered a plea in this matter and has filed a motion seeking to withdraw his plea.  Defendant is pending sentencing.

b)      Counsel for government needs additional time to consider defendant's counter proposal and prepare the response to the motion.

c)      Counsel for defendant does not object to the requested continuance of the motion

1

in this matter.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 3, 2024                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ LAUREL J. MONTOYA
                                                        LAUREL J. MONTOYA
                                                        Assistant United States Attorney


Dated:  June 3, 2024                                    /s/ ANTHONY P. CAPOZZI
                                                        ANTHONY P. CAPOZZI
                                                        Counsel for Defendant
                                                        STEFAN W. KIRKEBY

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the motion hearing set for June 3, 2024 is continued to August 12, 2024.

IT IS SO ORDERED.

Dated:    **June 3, 2024**

UNITED STATES DISTRICT JUDGE

2