ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@capozzilawoffices.com

www.capozzilawoffices.com

Attorney for Defendant,
STEFAN KIRKEBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFAN KIRKEBY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.: 1:22-CR-00228-JLT-SKO <br><br> **STIPULATION TO CONTINUE SENTENCING DATE OF APRIL 21, 2025, AND [PROPOSED] ORDER.** <br><br> Date: April 21, 2025 <br> Time: 9:00 a.m. <br> Hon. Jennifer L. Thurston |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Stefan Kirkeby, by and through his Attorney, Anthony P. Capozzi and the United States, by and through Assistant United States Attorney, Laurel Montoya, stipulate to continue the sentencing date of April 21, 2025, to June 30, 2025. Said stipulation is based upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney represents the defendant, Stefan Kirkeby.

2. On February 21, 2023, Mr. Kirkeby entered a plea of guilty to Count One of the Indictment. (Docket # 42)

3. ON May 12, 2023, this attorney substituted in as attorney for the defendant, Stefan Kirkeby. (Docket # 47)

4. On November 13, 2024, this Court denied Mr. Kirkeby's motion to withdraw his plea. (Docket # 83)

5. The final Presentence Report was received on January 13, 2025, and on January 23, 2025, the sentencing date was continued to April 12, 2025. (Docket # 89)

6. This attorney has been in a jury trial in People v. Rodriguez, Case No. M19925929, in the Fresno Superior Court from March 20, 2025, to April 2, 2025, and in a day long sentencing in Sacramento before Judge Dale A. Drozd, in United States v. Agricultural Contracting, dba American Labor Alliance, Marcus Asay, and Antonio Gastelum, Case No. 1:19CR00003-DAD-BAM, on April 10, 2025.

7. This attorney has not had enough time to prepare for sentencing and for a motion to reconsider the denial of the motion to withdraw the defendant's plea.

8. Mr. Kirkeby's wife has recently returned to the United States, but this attorney has not had the opportunity to interview Mrs. Kirkeby to prepare for the court date of April 21, 2025.

9. Both parties have agreed to continue the sentencing date to June 30, 2025, at 9:00 am.

Dated: April 11, 2025,    By: /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for
STEFAN KIRKEBY

Dated: April 11, 2025,    By: /s/ Laurel Montoya
LAUREL MONTOYA, ASSISTANT
UNITED STATES ATTORNEY

**ORDER**

Pursuant to the stipulation of both parties, it is hereby ordered that the Sentencing Date of April 21, 2025, be vacated and a new Sentencing Date be set for June 30, 2025, at 9:00 am.

IT IS SO ORDERED.

Dated: April 11, 2025          , By: _____
UNITED STATE DISTRICT JUDGE