ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00228-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION FOR RECONSIDERATION AND SENTENCING HEARING; ORDER |
| v. | |
| STEFAN W. KIRKEBY, | |
| Defendant. | DATE: January 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for hearing of defendant's motion for reconsideration and sentencing were set on January 12, 2026.

2.  The November 17, 2025 sentencing date was continued to January 12, 2026 as the defendant was unavailable due to his incarceration in Marin County. His release date was scheduled for January 7, 2026.

3.  By this stipulation, defendant and government now move to continue the motion hearing until February 23, 2026.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)   Counsel for defendant Kirkeby has advised the government that he is scheduled to

1

begin a homicide trial, *People v. Shahan*, case number F23904463, in Fresno County Superior Court on January 8, 2026. Defendant Shahan is in custody. The jury trial is expected to take two weeks.

       b)     Counsel for defendant Kirkeby has advised the government that the trial was originally set on a date that did not conflict with the sentencing in this matter however the trial date was moved at the last minute.

       c)     The defendant filed a motion to withdraw his guilty plea. The motion was heard and this Court denied defendant's motion on November 13, 2024. Defendant is seeking to file a motion for reconsideration of the denial.

       d)     Discovery in the form of a written report was provided to defense counsel of an interview with the victim. Defense counsel has requested the recording of the interview believing that the information is necessary for the motion to reconsider. The report and recording was not provided initially in error. The government has had difficulty obtaining the recording and has made a second request from the agency noting the investigator was out of the office over the holidays.

5. Counsel for the government is scheduled to be out of state as a trial advocacy instructor from February 1, 2026 through February 6, 2026 returning to the state on February 8, 2026.

6. The parties request the sentencing and motion to reconsider be continued to February 23, 2026 in order for defense counsel to complete the *Shahan* jury trial, the government to receive and provide the recording to the defense, and both parties prepare any additional briefing.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 7, 2026                                ERIC GRANT
                                                        United States Attorney

                                                        /s/ LAUREL J. MONTOYA
                                                        LAUREL J. MONTOYA
                                                        Assistant United States Attorney

Dated: January 7, 2026

/s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
STEFAN W. KIRKEBY

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant.

IT IS ORDERED that the sentencing and motion hearing set for January 12, 2026 is continued to February 23, 2026.

IT IS SO ORDERED.

Dated: **January 7, 2026**

UNITED STATES DISTRICT JUDGE

3