ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>STEFAN W. KIRKEBY,<br><br>                    Defendant. | CASE NO.  1:22-CR-00228-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTION FOR RECONSIDERATION AND SENTENCING HEARING; ORDER<br><br><br>DATE: February 23, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for hearing of defendant's motion for reconsideration and sentencing were set on February 23, 2026.  The matter was continued from January 12, 2026 due to defense counsel being in a homicide jury trial in Fresno County Superior Court.

2.      By this stipulation, defendant and government now move to continue the motion hearing and sentencing until March 2, 2026.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant filed a motion to withdraw his guilty plea.  The motion was heard and this Court denied defendant's motion on November 13, 2024.  Defendant stated he was seeking to file a motion for reconsideration of the denial.

1

b)    Discovery in the form of a written report was provided to defense counsel of an interview with the victim.  Defense counsel has requested the recording of the interview believing that the information is necessary for the motion to reconsider.  The recording was obtained and provided to defense counsel.  The report and recording was not provided initially in error.

4.    The defendant filed a motion to dismiss, ECF 105, on February 13, 2026.

5.    Counsel for the government needs additional time to evaluate and file a response to defendant's motion to dismiss.  Counsel for the government did not become aware of the motion until late on Monday February 16, 2026, which was a Court holiday.

6.    The parties request the sentencing and motion to dismiss be continued to March 2, 2026 in order for the government to prepare and file its response.  The government suggests the following briefing schedule:

a)    Government's response: February 25, 2026.

b)    Defense reply: February 27, 2026.

7.    Probation has been notified of the government's request to continue the sentencing hearing.

8.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2026                    ERIC GRANT
                                             United States Attorney


                                             /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney

Dated:  February 19, 2026                    /s/ ANTHONY P. CAPOZZI
                                             ANTHONY P. CAPOZZI
                                             Counsel for Defendant
                                             STEFAN W. KIRKEBY

///

2

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant.

IT IS ORDERED that the sentencing and motion hearing set for February 23, 2026 is continued to March 2, 2026 and the briefing schedule set forth above is incorporated into this Order.

IT IS SO ORDERED.

Dated:   __**February 20, 2026**__                    _Jennifer L. Thurston_
                                                    UNITED STATES DISTRICT JUDGE

3