ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>STEFAN W. KIRKEBY,<br><br>                         Defendant. | CASE NO.  1:22-CR-00228-JLT-SKO<br><br>STIPULATION TO WITHDRAW GUILTY PLEA; ENTER NEW CHANGE OF PLEA; AND SET SENTENCING; ORDER<br><br><br>DATE: March 2, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 21, 2023, the defendant entered a plea of guilty to a violation of 18 U.S.C. § 2261(a)(1), Domestic Violence within the Special Maritime and Territorial Jurisdiction of the United States.

2. On November 30, 2023, the defendant filed a motion to withdraw his guilty plea, which the Court denied on November 13, 2024.

3. The defendant filed a motion to dismiss, ECF 105, on February 13, 2026.

4. By previous order, this matter was set for hearing on defendant's motion to dismiss and for sentencing on March 2, 2026.

5. The parties agree and stipulate, and request that the Court find the following:

1

a)      The defendant agrees and moves to withdraw his motion to dismiss filed February 13, 2026, ECF 105.

b)      Defendant seeks to withdraw his initial guilty plea because of newly discovered evidence.  This evidence has since been produced to defense counsel.  The parties agree that these circumstances constitute a fair and just reason to permit withdrawal of the plea under Federal Rule of Criminal Procedure 11(d)(2).

c)      Upon withdrawal of the plea to the count alleged in the indictment, the defendant intends to enter a guilty plea to a superseding information alleging a violation of 18 U.S.C. § 113(a)(4) – assault by wounding, a Class A misdemeanor.

d)      By this stipulation, defendant and government request that this matter remain as scheduled for a hearing to withdraw his plea on the original charge alleging a violation of 18 U.S.C. § 2261(a)(1), enter a change of plea on the superseding information alleging a violation of 18 U.S.C. § 113(a)(4), and sentencing on March 2, 2026.

e)      The government and the defendant request immediate sentencing since the PSR has been prepared and updated.  ECF 101.

f)      Probation has been notified of this requested resolution.  The victim has been contacted and is in agreement with the proposed resolution.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2026                    ERIC GRANT
                                             United States Attorney


                                             /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney

Dated:  February 24, 2026                    /s/ ANTHONY P. CAPOZZI
                                             ANTHONY P. CAPOZZI
                                             Counsel for Defendant
                                             STEFAN W. KIRKEBY

2

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant.

IT IS ORDERED that the defendant's motion to dismiss, ECF 105, is withdrawn.

IT IS FURTHER ORDERED that the defendant be allowed to withdraw his guilty plea entered on February 21, 2023.

IT IS FURTHER ORDERED that a change of plea hearing and sentencing be set on March 2, 2026 on the 9:00 a.m. calendar.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

_____
UNITED STATES DISTRICT JUDGE

3